SHERRY RADACK
 CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
 JUSTICES



CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:  713-755-8131

www.1stcoa.courts.state.tx.us

# Court of Appeals
# First District
## 301 Fannin Street
## Houston, Texas 77002-2066

September 23, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

SEP 28 2015

CHRISTOPHER A. PRINE
CLERK _____

Janelle Hartzog
Brownstone Law Firm
201 North New York Avenue, Suite 200
Winter Park, FL 32789

**RE:   Court of Appeals Number:** 01-15-00330-CR      **Trial Court Case Number:** 1359103

**Style:** James Jackson III v. The State of Texas

We are forwarding the following via Federal Express:

Reporter's record 8 volumes
Clerk's Record 1 volume

Please sign below and return to show receipt.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Jesse Rodriguez, Deputy Clerk IV

cc:   Emily Munoz Detoto
      Alan Curry

RETURN RECEIPT

Received by _____ Date Received ___9-24-15.___



**BROWNSTONE**

AN APPELLATE LITIGATION LAW FIRM

200 N. New York Avenue, Suite 200
P.O. Box 2047
Winter Park, Florida 32790-2047

UNITED STATES POSTAGE
PITNEY BOWES

02 1P $ 000.485
0001878802 SEP 24 2015
MAILED FROM ZIP CODE 32789

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 2 8 2015

CHRISTOPHER A. PRINE
CLERK

**MAIL RECEIVED**

Court of Appeals First District
301 Fannin Street
Houston, TX 77002-2066
Attn: Jesse Rodriguez, Deputy Clerk

77002206659